# EXHIBIT B

# YORK COUNTY PRISON

CLAIR R. DOLL
WARDEN

CATHY SENTZ
SUPPORT SERVICES
MANAGER

KRISTAL ABENSHON
STAFF DEVELOPMENT
MANAGER



3400 Concord Road, York, PA 17402
Telephone # (717) 840-7580
Fax # (717) 840-7204

VALERIE CONWAY
DEPUTY WARDEN
CENTRALIZED SERVICES

ADAM OGLE
DEPUTY WARDEN
SECURITY SERVICES

JOHN MCCOY
FACILITIES MANAGER

To TextBehind, Inc,

It is my sincere pleasure to provide my review for the service provided by TextBehind, Inc to York County Prison, PA with inmate population up to 2,400 inmates at any given time.

Before engaging TextBehind as the dedicated mail management vendor for our facility, we managed all our non-privileged mail the old-fashioned way; by physically opening and inspecting each piece of non-privileged mail for contraband.

Thanks to TextBehind, not only have we streamlined practically overnight, we have eliminated hard contraband such as drugs, weapons, etc. from non-privileged mail. This has increased the safety of our mailroom staff by reducing potential exposure to hazardous substances and decreased staffing costs for the mailroom.

TextBehind, on behalf of my team, I'd like to thank you for your dedication, support and professionalism. And, I personally wish you the very best in implementing this program across the nation and helping our dedicated correctional officers.

Sincerely,

*Clair Doll* (signature)

**Clair Doll, Warden**

York County Prison

3400 Concord Road

York, PA, 17402

**Direct Line:**

717-840-7424