# EXHIBIT C



# Nation's First
# Inmate Mail Screening, Processing and Management System



PATENT PENDING
"ALL RIGHTS RESERVED"

## PROBLEM: Multiple vulnerabilities related to the current inmate mail screening process

   

**High risk of exposure to the contaminated mail**

**Labor intensive yet ineffective contraband screening process**

**Searching for inmate housing information that changes frequently**

**Daily inmate mail distribution process and loss of original letter contents and intel**

### PROBLEM 1:
With continued advancement and evolution of how the drugs and chemical compounds are becoming more potent and smaller, the mailroom staff without proper safety measures are extremely venerable to being exposed to synthetic chemicals and other dangerous substances.

### SOLUTION:
TextBehind® eliminates the risk of correctional officers and mailroom staff being exposed to contraband in inmate mail by 100%.

### PROBLEM 2:
Despite this labor intensive process of physically checking every letter, the contraband continues to enter correctional facilities through inmate mail.

More advanced contraband is virtually impossible to detect using ordinary human senses.

### SOLUTION:
Clean mail by TextBehind® simply eliminates the need for contraband inspection in physical mail.

### PROBLEM 3:
While inmates are frequently moved within the facility, correctional officers and mailroom staff have to manually look up new housing information for every corresponding inmates everyday day.

### SOLUTION:
TextBehind® has completely automated this process using various options for daily inmate roster export and ingestion system.

All incoming letters display latest inmate housing information dynamically.

### PROBLEM 4:
When the original mail is delivered to the inmates, the valuable mail content and specific intel contained within the mailing such as potential threats, escape plans, etc. is not electronically captured and archived for future investigative use.

### SOLUTION:
TextBehind® has multiple advanced technology features to not only preserve the original mail content but also to facilitate an investigative process using TextBehind® Proactive and Smart Search systems.

2

# Mail Delivery Service Model 1 – **Print & Go!**



A) Creating letters using TextBehind® website or smartphone app

- OR -



B) Family and friends sending all hand written letters to TextBehind®



①

As the full-service mail management company, TextBehind® will become the new mail reception address (local P.O. Box) for the correctional facility.

Whether mail was created using electronic method or written by hand, we will process all letters with a uniform format and ship to the correctional facilities daily.

②

**High Speed Scan Processing**

A) TextBehind® will Screen & Clean (SNC) all hand-written letters and make them available for printing by the correctional facility.

Original physical letters are stored for up to 30 days. Then they're shredded for recycling in a secure manner.

B) All letters created electronically are made available for high quality printing by the correctional facility.

③

Seven (7) Years of historical archive. Any mail can be retrieved in just a few clicks



④

**Advanced Control Panel
For The Correctional Facility Staff**

1. Approve & Reject Incoming Mail
2. Manage Inmate Housing Database
3. Manage Inmate Custody Status
4. Monitor All Connections
5. Monitor All Communications
6. Smart Search
7. Auto Content Discovery
8. Download From Historical Archives
9. Confidential Message Board
10. CAMMP User Activity Tracking
11. Letter Legibility Management System
12. Smart Return To Sender Notifications
13. Super Mail Sorting System



⑤

Correctional facility will print all incoming inmate mail themselves and distribute to the inmates.

**The production class copier is provided and maintained by TextBehind®. This includes hardware maintenance, ink cartridges and paper.**

**Additional Provisions
For The Correctional Facility**

1. CAMMP Software With Multi-user Access
2. CAMMP Software Training
3. Posters For The Inmate Recreation Areas
4. Brochures For Visiting Room
5. Mail Rejection Stamp With Pre-printed Instructions About Where To Send Future Mail
6. Software Upgrades
7. Technical Support

3

# Mail Delivery Service Model 2 – **Paperless**



A) Creating letters using TextBehind® website or smartphone app

- OR -



B) Family and friends sending all hand written letters to TextBehind®



**1**

As the full-service mail management company, TextBehind® will become the new mail reception address (local P.O. Box) for the correctional facility.

Whether mail was created using electronic method or written by hand, we will process all letters with a uniform format and ship to the correctional facilities daily.



**2**

**High Speed Scan Processing**

A) TextBehind® will Screen & Clean (SNC) all hand-written letters and make them available for printing by the correctional facility.

Original physical letters are stored for up to 30 days. Then they're shredded for recycling in a secure manner.

B) All letters created electronically are made available for high quality printing by the correctional facility.



**3**

Seven (7) Years of historical archive. Any mail can be retrieved in just a few clicks



**4**

**Advanced Control Panel**
**For The Correctional Facility Staff**

1. Approve & Reject Incoming Mail
2. Manage Inmate Housing Database
3. Manage Inmate Custody Status
4. Monitor All Connections
5. Monitor All Communications
6. Smart Search
7. Auto Content Discovery
8. Download From Historical Archives
9. Confidential Message Board
10. CAMMP User Activity Tracking
11. Letter Legibility Management System
12. Smart Return To Sender Notifications
13. Super Mail Sorting System



**5**

All inmate mail processed by TextBehind® will be accessed and may also be responded to using existing kiosks and tablets.

Inmates may also hand-write their reply letters and send to either their family & friends' residential address or to TextBehind®.

**Additional Provisions**
**For The Correctional Facility**

1. CAMMP Software With Multi-user Access
2. CAMMP Software Training
3. Posters For The Inmate Recreation Areas
4. Brochures For Visiting Room
5. Mail Rejection Stamp With Pre-printed Instructions About Where To Send Future Mail
6. Software Upgrades
7. Technical Support

4

# Mail Delivery Service Model 3 – **Managed**



A) Creating letters using TextBehind® website or smartphone app

- OR -



B) Family and friends sending all hand written letters to TextBehind®

 ②

**High Speed Scan & Print Processing**

A) TextBehind® will Screen & Clean (SNC) all hand-written letters, scan, re-print, quality check and ship to the correctional facility daily.

Original physical letters are stored for up to 30 days. Then they're shredded for recycling in a secure manner.

B) All letters created electronically are printed in high quality.

 ④

**Advanced Control Panel
For The Correctional Facility Staff**

1. Approve & Reject Incoming Mail
2. Manage Inmate Housing Database
3. Manage Inmate Custody Status
4. Monitor All Connections
5. Monitor All Communications
6. Smart Search
7. Auto Content Discovery
8. Download From Historical Archives
9. Confidential Message Board
10. CAMMP User Activity Tracking
11. Letter Legibility Management System
12. Smart Return To Sender Notifications
13. Super Mail Sorting System

**Additional Provisions
For The Correctional Facility**

1. CAMMP Software With Multi-user Access
2. CAMMP Software Training
3. Posters For The Inmate Recreation Areas
4. Brochures For Visiting Room
5. Mail Rejection Stamp With Pre-printed Instructions About Where To Send Future Mail
6. Software Upgrades
7. Technical Support

① 

As the full-service mail management company, TextBehind® will become the new mail reception address (local P.O. Box) for the correctional facility.

Whether mail was created using electronic method or written by hand, we will process all letters with a uniform format and ship to the correctional facilities daily.

 ③

Seven (7) Years of historical archive. Any mail can be retrieved in just a few clicks

 ⑤



Correctional facility receives distribution ready mail Monday through Friday.



5

# TextBehind® services and pricing for the family and friends

## Comprehensive Product Line:

1. **Text Letter with up to 4 photos**_____.99 cents
   Includes up to 3 pages of text per transaction

2. **Greeting card with up to 4 photos**_____.99 cents
   Includes extensive library of themes to choose from and includes 1 page of text and personal photos

3. **Doodles4Kids** _____.99 cents
   Online drawing tool for kids

4. **Physical mail screen and clean service**_____TBD [1]

5. **SPECIAL SAVINGS**
   Customers can buy one of the many discount packages and enjoy up to 50% additional discount.



**COMING SOON...**
Online Ordering of Books & Magazines for Incarcerated loved ones.



[1] *Physical mail screen and clean service may be subject to a nominal fee based on correctional facility size and service model preferences.*

6

# TextBehind® CAMMP - Key Features

CAMMP (Comprehensive Access to Mail Management Portal) is the advanced inmate mail management system for the correctional facilities with the following key features:

**Mail Review and Print Panel**
Ability to review all inmate mail (accept/reject) and print on the go.

**Smart RTS (Return To Sender) Notifications**
When a letter or any individual contents in it are rejected, the sender and receiver are notified without requiring any additional work from the correctional facility staff.

**Legibility Management System**
All SNC letters processed by TextBehind® are standardized for proper content visibility.

**Super Sorting System**
Customizable mail sorting system that makes mail distribution process highly efficient.

**CAMMP User Activity Logs**
Every action performed by a CAMMP User is logged for professional accountability.

**Two-Way Connections Monitor**
Displays which inmate is communicating with whom on the outside through the TextBehind® system and vice versa when applicable.

**Two-Way Communications Monitor**
Displays all available communications in real time and allows access to all historical data.

**Watch-List**
Allows adding an inmate who is under investigation to a watch-list. It also notifies concerned authority upon any communication to and from any inmate under investigation.

**Auto Content Discovery and Smart Search**
In addition to the built-in comprehensive smart search feature, the CAMMP also allows you to define any keywords for the system to automatically search through inmate communications everyday automatically and highlight "content of interest".

**Export Data**
Allows correctional facility staff to download communications data for any inmate for investigative and filing purposes.

*Additional features are added to the system regularly as well as upon request.*





7

# Summary

TextBehind® is perceived by the general public users (Family and Friends) of inmates as a compassion driven organization that focuses on keeping family and friends consistently connected through the ease of use of our technology during incarceration, including our Doodles4Kids module, which is very popular among family and friends. Not only did we want to provide compassionate services to the family and friends, we also thought well beyond that aspect and made certain technical decisions so TextBehind® reduces the number of grievances received by the division of corrections when mail policy change is in effect.

For front-end users, TextBehind® provides easy to use website and mobile apps to create communications with status updates. However, TextBehind's inherent value is the back-end mail management, investigative, and tracking software capabilities that are highly desired by our government clients.

TextBehind® offers the ability to decrease operational expenses for our contracted facilities when providing Screen & Clean Service to the general public and offering electronic mail creation technology. The screen and clean process is implemented by simply changing where family and friends send their hand-written mail to be processed to the inmate. And, TextBehind® encourages family and friends to rather not hand-write their mail communications any longer, and use our electronic service to send and even receive their mail communications.

**TextBehind® Key Values:**

1. Correctional Facility Mailroom cost savings for reallocation of budget
2. Elimination of contraband from inmate mail by 100%
3. Total control on inmate mail review, mail room approval and expedited mail distribution
4. Optional integration process with existing 3rd party digital communication vendors
5. Convenient, consistent and cost effective services provided to the general public
6. No hardware required (Tablets) to be managed or facility infrastructure change needed
7. FREE mail management software with unlimited facility users, and all supporting equipment provided by TextBehind® at no cost

**Next Steps:**

_____
_____
_____
_____
_____
_____
_____

8