**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HLFIP Holding, Inc. d/b/a Smart Communications IP Holdings, | )<br>)<br>)<br>)<br>)<br>) |
| **Plaintiff(s),** | )<br>) |
| v. | )<br>) |
| York County, Pennsylvania, et al., | )<br>)<br>)<br>) **Civil Action No.** _____ |
| **Defendant(s)/<br>Third-Party Plaintiff(s),** | )<br>)<br>) |
| v. | )<br>) |
| _____ , | )<br>)<br>)<br>)<br>) |
| **Third-Party Defendant(s).** | ) |

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff ,
(type of party)
who is HLFIP Holding, Inc. , makes the following disclosure:
(name of party)

Page 1 of 2

1. Is the party a non-governmental corporate party?

    ☒ YES   ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

Plaintiff HLFIP Holding, Inc. has no parent corporation.

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

No publicly-held corporation owns 10% or more of Plaintiff HLFIP Holding, Inc.'s stock.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

/s/ John Frank Murphy
Signature of Counsel for Party

Date: 2/3/2020