IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HLFIP HOLDING, INC. d/b/a SMART COMMUNICATIONS IP HOLDINGS, <br><br> *Plaintiff*, <br><br> v. <br><br> YORK COUNTY, PENNSYLVANIA; YORK COUNTY PRISON; and CLAIR DOLL, *in his official capacity as York County Prison Warden*, <br><br> *Defendants*. | Civil Action No. 1:20-CV-00186 <br><br> (Judge Conner) |

**DEFENDANTS' MOTION FOR JUDGMENT
ON THE PLEADINGS OF INVALIDITY UNDER 35 U.S.C. § 101**

Defendants York County, Pennsylvania; York County Prison; and Clair Doll, in his official capacity as York County Prison Warden, through their undersigned counsel, respectfully move the Court for judgment on the pleadings that the asserted claims of U.S. Patent No. 10,291,617 are invalid under 35 U.S.C. § 101. *See Alice Corp. Pty. Ltd. v. CLS Bank Int'l*, 573 U.S. 208, 220, 221 (2014). In support of this motion, Defendants submit the accompanying memorandum of law. For the reasons stated in that memorandum, Defendants request that the Court grant their motion and dismiss Plaintiff's complaint with prejudice.

Pursuant to Local Rule 7.1, counsel for Defendants certify that they have conferred with counsel for Plaintiff regarding this motion. Plaintiff opposes the relief sought in this motion.

Dated: February 10, 2021                    Respectfully submitted,


By: */s/ Jack M. Hartman*
(signed with permission)
Jack M. Hartman, Esquire
PA ID 21902
Email: ihartman@cgalaw.com
135 North George Street
York, PA 17401
Phone: (717)848-4900
Fax: (717)843-9039
Email: ihartman@cgalaw.com


Michael D. Specht
Uma Everett
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 New York Avenue NW, Suite 600
Washington, DC 20005
(202) 371-2600
mspecht@sternekessler.com
ueverett@sternekessler.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on February 10, 2021, a true and correct copy of the foregoing **Defendants' Motion for Judgment on the Pleadings of Invalidity Under 35 U.S.C. § 101** was served by electronic mail on the following counsel of record:

John F. Murphy
JohnMurphy@bakerlaw.com
Baker & Hostetler LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891
Telephone: (215) 564-1603
Facsimile: (215) 568-3439

Katrina M. Quicker (pro hac vice)
kquicker@bakerlaw.com
Baker & Hostetler LLP
1170 Peachtree Street, NE, Suite 2400
Atlanta, GA 30309-7676
Telephone: (404) 459-0050
Facsimile: (404) 459-5734

Kevin P. Flynn (pro hac vice)
kflynn@bakerlaw.com
Baker & Hostetler LLP
312 Walnut Street, Suite 3200
Cincinnati, OH 45202
Telephone: (513) 929-3400
Facsimile: (513) 929-0303

*Attorneys for Plaintiff*

/s/ Uma N. Everett
Uma N. Everett
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 New York Avenue, NW
Washington, D.C. 20005
Phone: (202) 772-8520
Facsimile: (202) 371-2540

*Attorney for Defendants*

16248044.1