IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HLFIP HOLDING, INC. d/b/a SMART COMMUNICATIONS IP HOLDINGS, | : :  : | Civil No. 1:20-CV-00186 |
| Plaintiff, | : | |
| v. | : : | |
| YORK COUNTY, PENNSYLVANIA, *et al.*, | : : : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 25th day of April, 2022, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS:**

1) Defendants' motion for judgment on the pleadings, Doc. 46, is **GRANTED** and Count 1 of the complaint, Doc. 1, is **DISMISSED**.

2) Count 2 of the complaint, Doc. 1, is **DISMISSED AS MOOT**.

3) The counterclaims asserted in the second amended answer, Doc. 131, are **DISMISSED AS MOOT**.

4) The claim construction hearing scheduled for Thursday, May 5, 2022, is **CANCELLED**.

5) The Clerk of Court is directed to close this case.

                                             s/Jennifer P. Wilson
                                             JENNIFER P. WILSON
                                             United States District Court Judge
                                             Middle District of Pennsylvania