# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
# HARRISBURG DIVISION

**HLFIP HOLDING, INC. d/b/a SMART COMMUNICATIONS IP HOLDINGS**,

    Plaintiff,

v.

**YORK COUNTY, PENNSYLVANIA; YORK COUNTY PRISON;** and **ADAM OGLE**, *in his official capacity as York County Prison Warden*,

    Defendants.

CIVIL NO. 1:20-cv-00186-JPW

Judge Jennifer P. Wilson

## PLAINTIFF'S NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3 and 4 and 28 U.S.C. §§ 1291, 1292, and 1295, Plaintiff HLFIP Holding, Inc. d/b/a Smart Communications IP Holdings ("Smart Communications") hereby respectfully gives notice that it appeals to the United States Court of Appeals for the Federal Circuit from the final judgment in the above-captioned case, entered in this action on April 25, 2022 (Dkt. 136), and from any and all prior orders, judgments, and rulings entered in this action leading to, underlying, or subsumed within the final judgment, including the following orders and memorandum opinions:

- April 25, 2022 Memorandum Regarding Defendants' Motion for Judgement on the Pleadings (Dkt. 135);

1

40077501.1

- April 14, 2022 Order Regarding Defendants' Motion to Amend (Dkt. 130); and

- March 16, 2022 Order Regarding Motion to Disqualify (Dkt. 127).

Respectfully submitted,

Dated: May 24, 2022                  /s/ Matthew M. Haar
                                     John F. Murphy
                                     JohnMurphy@bakerlaw.com
                                     BAKER & HOSTETLER LLP
                                     Cira Centre, 12th Floor
                                     2929 Arch Street
                                     Philadelphia, PA 19104-2891
                                     Telephone: (215) 564-1603
                                     Facsimile: (215) 568-3439

                                     Kevin P. Flynn (pro hac vice)
                                     kflynn@bakerlaw.com
                                     BAKER & HOSTETLER LLP
                                     312 Walnut Street, Suite 3200
                                     Cincinnati, OH 45202
                                     Telephone:  (513) 929-3400
                                     Facsimile:   (513) 929-0303

                                     Katrina M. Quicker (pro hac vice)
                                     kquicker@quickerlaw.com
                                     Kathryn A. Vance (pro hac vice)
                                     kvance@quickerlaw.com
                                     QUICKER LAW, LLC
                                     Two Ballpark Center
                                     800 Battery Avenue, SE, Suite 100
                                     Atlanta, GA 30339
                                     Telephone:  (678) 750-0450
                                     Facsimile:   (470) 533-1182

2

Matthew M. Haar
matt.haar@saul.com
SAUL EWING ARNSTEIN & LEHR LLP
2 North Second Street, 7th Floor
Harrisburg, PA 17101
Telephone:  (717) 257-7508
Facsimile:   (717) 238-4622

*Attorneys for Smart Communications*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2022, the foregoing document was served upon all counsel via the Court's CM/ECF, and is available for viewing and downloading from that system.

/s/ *Matthew M. Haar*
Matthew M. Haar

40077501.1